**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Sean Michael McGuire v. The State of Texas

Appellate case number:   01-14-00241-CR

Trial court case number:  11-DCR-057073

Trial court:                  240th District Court of Fort Bend County

      The State's First Motion for Extension of Time filed on February 9, 2015 is **GRANTED, in part**.  The State's brief is due **May 1, 2015**.  No further extensions will be granted.

      It is so ORDERED.


Judge's signature: /s/ <u>Harvey Brown</u>
                X  Acting individually      ☐  Acting for the Court


Date:  February 12, 2015